### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 21-CV-14223**

MAIKEL CASTILLO SANCHEZ,

      **Plaintiff,**

vs.

ABC PROFESSIONAL TREE
SERVICES INC.,
A Foreign Profit Corporation,

      **Defendant.**

_____/

### SUMMONS IN A CIVIL CASE

**TO:**                **C T CORPORATION SYSTEM**
**C/O C T CORPORATION SYSTEM**
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**REGISTERED AGENT FOR:**
**ABC PROFESSIONAL TREE SERVICES INC.**

**YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY**

Anthony M. Georges-Pierre, Esq.

**REMER & GEORGES-PIERRE, PLLC**
**COURTHOUSE TOWER**
**44 West Flagler Street, Suite 2200**
**Miami, FL 33130**

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

Jun 1, 2021

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court