# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 2:21-CV-14223

Plaintiff:
**MAIKEL CASTILLO SANCHEZ**

vs.

Defendant:
**ABC PROFESSIONAL TREE SERVICES INC.,**
**A Foreign Profit Corporation,**


ROD2021000281

For:
ANTHONY GEORGES-PIERRE
REMER & GEORGES-PIERRE PLLC
44 WEST FLAGLER
SUITE 2200
MIAMI, FL 33130

Received by Due Process, LLC on the 1st day of June, 2021 at 3:55 pm to be served on **CT CORPORATION SYSTEM REGISTERED AGENT FOR ABC PROFESSIONAL TREE SERVICES INC., 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, MADELINE M. MESA, do hereby affirm that on the **11th day of June, 2021** at **1:40 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **EMPLOYEE AT CT CORP** for **CT CORPORATION SYSTEM REGISTERED AGENT FOR ABC PROFESSIONAL TREE SERVICES INC.**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/11/2021  1:40 pm  CT CORP JOB # 78838 No contact drop box in front office contact person for service at CT Corp is Donna Moch.

## RETURN OF SERVICE For 2:21-CV-14223

*I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoing document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)*

*MADELINE M. MESA* (signature)

**MADELINE M. MESA**
SPS #1592

**Due Process, LLC**
**PO BOX 612576**
**MIAMI, FL 33261**
**(305) 916-0757**

Our Job Serial Number: ROD-2021000281