**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 21-cv-14223**

**MAIKEL CASTILLO SANCHEZ,**

     **Plaintiffs,**

**vs.**

**ABC PROFESSIONAL TREE SERVICES, INC.,**

**a Foreign Profit Corporation,**

     **Defendant.**

_____/

**<u>NOTICE OF FILING PROPOSED SUMMON</u>**

    PLEASE TAKE NOTICE that Plaintiff, **MAIKEL CASTILLO SANCHEZ,**

("Plaintiff"), has filed the following: Civil Cover Sheet.

Dated:  21  day of June, 2021          Respectfully submitted,

                           /s/: Anthony M. Georges-Pierre
                           Anthony M. Georges-Pierre, Esq.
                           Florida Bar No.: 533637
                           Max L. Horowitz, Esq.
                           Florida Bar No.: 118269
                           **REMER & GEORGES-PIERRE, PLLC**
                           44 West Flagler Street, Suite 2200
                           Miami, FL 33130
                           Telephone: (305) 416-5000
                           Facsimile: (305) 416-5005
                           Email: agp@rgpattorneys.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June  21  2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**ABC Professional Tree Services, Inc.**
**Through its Registered Agent**
**CT Corporation System**
1200 South Pine Island Road
Plantation, FL 33324

By: /s/: Anthony M. Georges-Pierre
Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
Max L. Horowitz, Esq.
Florida Bar No.: 118269