**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 21-CV-14223-JEM**

**MAIKEL CASTILLO SANCHEZ,**

    **Plaintiff,**

vs.

**ABC PROFESSIONAL TREE**
**SERVICES, INC.,**
**A Foreign Profit Corporation,**

    **Defendant.**
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Plaintiff, MAIKEL CASTILLO SANCHEZ, ("Plaintiff"), through the undersigned counsel, hereby files this Certificate of Interested Persons and states the following interested persons, associated persons, firm, partnership have a financial interest in the outcome of this case:

    1. Maikel Castillo Sanchez;

    2. Remer & Georges-Pierre, PLLC;

    3. Jason S. Remer, Esq.;

    4. Anthony M. Georges-Pierre, Esq.;

Dated: __2__ day of July, 2021                                  Respectfully submitted,

                                /s/: Anthony M. Georges-Pierre
                                Anthony M. Georges-Pierre, Esq.
                                Florida Bar No.: 0533637
                                Max L. Horowitz, Esq.
                                Florida Bar No.: 118269
                                REMER & GEORGES-PIERRE, PLLC
                                44 West Flagler Street, Suite 2200
                                Miami, FL 33130
                                (305) 416-5000- Telephone
                                (305) 416-5005- Facsimile
                                Email: agp@rgpattorneys.com
                                            mhorowitz@rgpattorneys.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July __2__ 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Ashwin R. Trehan, Esq.**
**Spire Law, LLC.**
2572 W. State Road 426
Suite 32765
Oviedo, FL 32765
Telephone: (407) 494-0135
Email: ashwin@spirelawfirm.com
        sharah@spirelawfirm.com

                                By: /s/: Anthony M. Georges-Pierre
                                Anthony M. Georges-Pierre, Esq.
                                Florida Bar No.: 533637
                                Max L. Horowitz, Esq.
                                Florida Bar No.: 118269