UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAIKEL CASTILLO SANCHEZ,

    Plaintiff,

v.                                                                                    Case No. 2:21-cv-14223-JEM

ABC PROFESSIONAL TREE
SERVICES INC.,
A Foreign Profit Corporation,

    Defendant.
_____/

**JOINT MOTION FOR LEAVE TO CONDUCT SCHEDULING CONFERENCE PURSUANT TO LOCAL RULE 16.1(b) TELEPHONICALLY**

Defendant, ABC Professional Tree Services, Inc., and Plaintiff, MAIKEL CASTILLO SANCHEZ, (collectively "the Parties"), by and through their counsel, hereby move for an Order permitting the Parties to conduct the Scheduling Conference Pursuant to Local Rule 16.1(b) telephonically. In support of this motion, the parties state as follows:

1. Per the Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [Doc. 11] the Parties are required to meet <u>in person</u> for a scheduling conference pursuant to Local Rule 16.1(b) by July 26, 2021.

2. Counsel for Plaintiff currently has COVID-19 and is unable to attend

the scheduling conference in person.

3. Allowing the Parties to conduct the scheduling conference telephonically would allow the Parties the convenience of being able to hold the conference within the specified time despite the ongoing COVID-19 global pandemic.

WHEREFORE, the Parties request this Court enter an order permitting counsel to conduct the scheduling conference telephonically.

DATED this 19th day of July, 2021.

Respectfully submitted,

| */s/ Ashwin R. Trehan* | */s/ Max L. Horowitz* |
|---|---|
| Ashwin R. Trehan, Esq. | Max L. Horowitz, Esq. |
| Florida Bar No. 42675 | Florida Bar No.118269 |
| SPIRE LAW, LLC | mhorowitz@rgpattorneys.com |
| 2752 W. State Road 426, Suite 2088 | Anthony M. Georges-Pierre, Esq. |
| Oviedo, Florida 32765 | Florida Bar No. 533637 |
| Telephone: (407) 494-0135 | agp@rgpattorneys.com |
| E-Mail: ashwin@spirelawfirm.com | REMER & GEORGES-PIERRE, PLLC |
| whitney@spirelawfirm.com | 44 West Flagler Street, Suite 2200 |
| sarah@spirelawfirm.com | Miami, Florida 33130 |
| laura@spirelawfirm.com | Telephone: (305) 416-5000 |
|  | Facsimile: (305) 416-5005 |
| *Attorneys for Defendant* |  |
|  | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby Certify that on this 19th day of July, 2021, the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

*/s/ Ashwin Trehan*
Attorney